470 A.2d 1012

**COMMONWEALTH of Pennsylvania**

v.

**Hap SEIDERS, Appellant.**

Superior Court of Pennsylvania.

Argued Jan. 10, 1984.

Filed Feb. 3, 1984.

Shaubut C. Walz, III, Public Defender, Newport, for appellant.

R. Scott Cramer, Assistant District Attorney, New Bloomfield, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

**PER CURIAM:**

This appeal is taken from the order of the Court of Common Pleas of Perry County entered on August 12, 1982, denying appellant's application for expungement. Appellant filed a notice of appeal to this court on September 28, 1982. Pa.R.A.P. 903(a) provides that an appeal must be filed within thirty (30) days after entry of the order from which the appeal is taken. Appellant has failed to comply with Pa.R.A.P. 903(a). Therefore, we quash the instant appeal as untimely.

Appeal quashed.